AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky 

| | |
|---|---|
| United States of America<br>v.<br>Scott Blair<br><br>*Defendant(s)* | )<br>)<br>) Case No. 6:24-mj-6038-HAI<br>)<br>)<br>)<br>) |

**EASTERN DISTRICT OF KENTUCKY FILED APR 10 2024 EDWARD B. ATKINS U.S. Magistrate Judge**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2020-March 2024__ in the county of __PERRY__ in the
__Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1346 | Honest Services Wire Fraud |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*     Jack Bryson by EBA with permission

FBI TFO ZACHARY BRYSON
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/10/2024

City and state: Frankfort, Ky

Signed By:
Edward B. Atkins
United States Magistrate Judge
*Judge's signature*

U.S. Magistrate Judge Edward B. Atkins
*Printed name and title*