UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Nos. 6:23-MJ-6057-HAI, |
| | ) | 6:24-MJ-6037-HAI, & |
| v. | ) | 6:24-MJ-6038-HAI |
| | ) | |
| SCOTT BLAIR, | ) | ORDER |
| | ) | |
| Defendant, | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The government has filed a Motion to No Longer Treat Documents as Highly Sensitive. It asserts that the individual targeted in the above-captioned matters has now been arrested on a Complaint Warrant. **IT IS HEREBY ORDERED THAT** the government's motion is **GRANTED** and the above-captioned matters are no longer subject to the Court's highly sensitive document protocol.

This the 12th day of April, 2024.



Signed By:
*Edward B. Atkins*   *EBA*
**United States Magistrate Judge**