AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No. 6:24-mj-6038-HAI |
| Scott Blair ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Scott Blair

Date:    04/15/2024

*Attorney's signature*

Ned Pillersdorf, Bar No. 54930
*Printed name and bar number*
124 West Court Street
Prestonsburg, KY  41653

*Address*

pillersn@gmail.com
*E-mail address*

(606) 886-6090
*Telephone number*

(606) 886-6148
*FAX number*