UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON
CASE NO. 6:24-mj-6038-HAI
*"Electronically Filed"*

UNITED STATES OF AMERICA                                              PLAINTIFF

v.

SCOTT BLAIR                                                                      DEFENDANT

### MOTION TO TRANSFER TO PIKE COUNTY DETENTION CENTER

Comes the Defendant, Scott Blair, by counsel, and moves that an order issue transferring him to the Pike County Detention Center.  In support of this motion, the undersigned counsel states that when he initially visited with the Defendant, he was in the Laurel County Jail.  The undersigned counsel was advised that the reason he was transferred from the Laurel County Jail to the Grayson County Detention Center was that because there may be individuals incarcerated in the Laurel County Jail who are somehow connected to the Defendant, who was previously the Commonwealth's Attorney of Perry County.

The undersigned counsel states that he lives in the Van Lear area of Kentucky and that for him to travel to visit the Defendant in the Grayson County Detention Center is approximately a four hour drive.  The undersigned counsel states that he understands that federal prisoners are also housed in the Pike County Detention Center.

The Defendant asks that he be transferred to the Pike County Detention Center so he can have easier access to his counsel.

WHEREFORE, an appropriate order is sought.

RESPECTFULLY SUBMITTED,

S:/NED PILLERSDORF
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653

PH: (606) 886-6090<br>
FX: (606) 886-6148<br>
pillers@gmail.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed on the CM/ECF server, on this 23rd day of April 2024.

S:/NED PILLERSDORF
NED PILLERSDORF